# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-06980-SVW-JEM | Date | August 30, 2012 |
|---|---|---|---|
| Title | Tritay Property Investments, LLC v. Marshall W. Curtis et al. | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**     IN CHAMBERS ORDER re JURISDICTION

    The case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction as no federal question appears on the face of the complaint. A federal defense does not confer removal jurisdiction. See Hall v. North American Van Lines, Inc., 476 F.3d 683, 687 (9th Cir. 2007). The case is remanded to the Superior Court of California in the County of Ventura.

                                                                                                                  :
                                              Initials of Preparer          PMC